STATE of Missouri, Respondent,

v.

**Philip A. NIBLOCK, Appellant.**

**No. WD 69224.**

Missouri Court of Appeals,
Western District.

March 10, 2009.

Ellen H. Flottman, Columbia, MO, for Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before: VICTOR C. HOWARD, Presiding Judge, JOSEPH M. ELLIS, Judge and ALOK AHUJA, Judge.

### *ORDER*

PER CURIAM:

Philip Niblock appeals from his conviction after a jury trial of first-degree tampering, § 569.080.1(2), RSMo 2000. No jurisprudential purpose would be served by a formal written opinion, but a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).